# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### www.flsb.uscourts.gov

In re: Cleveland Hart                                Case No. 19-21093-LMI
                                                     Chapter 13

_____ Debtor _____/

## CERTIFICATE OF SERVICE

Debtor certifies that a copy of the *Debtor's Second Amended Chapter 13 Plan* [D.E. 30] was

sent via CM/ECF on October 22, 2019, to:


      Nancy K. Neidich
      e2c8f01@ch13miami.com, ecf2@ch13miami.com

      Office of the US Trustee
      USTPRegion21.MM.ECF@usdoj.gov

      **Served by US Mail on October 22, 2019:**

      Nationstar Mortgage LLC d/b/a Champion Mortgage Company
      c/o Shirley Palumbo of Greenspoon Marder LLC
      City Place
      525 Okeechobee Blvd., Suite 900
      West Palm Beach, FL 33401

      Champion Mortgage Company
      8950 Cypress Waters Blvd.
      Coppell, TX 75019

I certify that I am admitted to the Bar of the United States District Court for the Southern
District of Florida and I am in compliance with the additional qualifications to practice in this court
set forth in Local Rule 2090-1(A).

      Respectfully submitted,

      Legal Services of Greater Miami, Inc.
      Attorney for Debtor
      Address: 4343 West Flagler Street, Suite 100
      Telephone/Fax:  (305) 438-2423
      Email: malvarez@legalservicesmiami.org
      _____ /s/ _____
      Maria Alvarez
      Florida Bar No.: 57141