UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:                                                                     Case No: 19-21093-LMI
                                                                                 Chapter 13

CLEVELAND HART

Debtor(s)

_____/

**INDEBTEDNESS WORKSHEET**
**DEBT AS OF THE PETITION DATE**

A.     Total pre-petition indebtedness of debtor(s) to movant (if movant is not the lender, this refers to the indebtedness owed to the lender) as of petition filing date: $156,658.62

        1. Amount of principal: $148,638.71

        2. Amount of interest: $288.69

        3. Amount of escrow (taxes and insurance): $5,674.38 capitalized into principal balance.

        4. Amount of forced placed insurance expended by movant: $8,568.53 capitalized into principal

        5. Amount of attorney's fees billed to debtor(s) pre-petition: $7,692.00 capitalized into principal

        6. Amount of pre-petition late fees, if any, billed to debtor(s): $0

        7. Any additional pre-petition fees, charges or amounts charged to debtors/debtors account and not listed above: $0.00

B.     Contractual interest rate: 3.6800%

**AMOUNT OF ALLEGED POST PETITION DEFAULT**
(As of April 22, 2020)

C.     Date last payment received: Not Applicable – Reverse Mortgage.

D.     All post-petition payments alleged to be in default:

EXHIBIT B

| Alleged Amount Due Date | Alleged Amount Due | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Amount Applied to Escrow | Late Fee Charged (If Any) |
|---|---|---|---|---|---|---|
| 08/30/2019 | $3,018.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 09/13/2019 | $1,997.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Totals:** | **$5,015.75** | | | | | |

F.   Amount of movant's attorney's fees billed to debtor for preparation, and filing and prosecution of this motion: $0.00

G.   Amount of movant's filing fee for this motion: $0.00

H.   Other attorney's fees billed to debtor post-petition: $0.00

I.   Amount of movant's post-petition inspection fees: $0.00

J.   Amount of movant's post-petition appraisal broker's price opinion: $0.00

K.   Amount of forced placed insurance or insurance provided by the movant applicable: $5,015.75

L.   Sum held in suspense by movant in connection with this contract, if application: $0.00

M.   Amount of other post-petition advances or charges, for example taxes, insurance incurred by debtor, etc.: $0.00