**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

In re: Cleveland Hart                         Case No. 19-21093-LMI
                                              Chapter 13

_____Debtor_____/

**DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN**

Pursuant to Local Rule 9013-1, debtor Cleveland Hart moves the Court to modify his Chapter 13 Plan, and in support of the motion states:

1.   Debtor wants to modify his Plan to provide for postpetition insurance advances in the amount of $5,015.75 by creditor Nationstar Mortgage LLC dba Champion Mortgage Company.

                              Respectfully submitted,

                              LEGAL SERVICES OF GREATER MIAMI, INC.

                              By    /s/ Carolina A. Lombardi
                               Carolina A. Lombardi
                               Florida Bar No.   0249170
                               Attorney for Debtor
                               4343 W. Flagler Street, Suite 100
                               Miami, FL 33134
                               Tel & Fax: (305) 438-2427
                               Primary Email: Clombardi@legalservicesmiami.org
                               Secondary Email: SFreire@legalservicesmiami.org