UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:  Case No: 19-21093-LMI
 Chapter 13
CLEVELAND HART

Debtor(s)
_____/

**AGREED MOTION TO CONTINUE NON- EVIDENTIARY HEARING ON NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE'S MOTION FOR RELIEF FROM STAY**

Nationstar Mortgage LLC d/b/a Champion Mortgage ("Movant"), by counsel, respectfully requests that the Court continue the Non-evidentiary hearing currently scheduled for August 6th, 2020, at 9:00am on the Movant's Motion for Relief from Stay. In further support of this Motion, Movant respectfully states:

1. This Motion is filed in advance of the Hearing and with sufficient time to allow for a continuance of the Hearing.

2. Accordingly, Movant respectfully request that the Court continue the Hearing for thirty (30) days or a date and time as reasonably soon thereafter that the Court can reschedule the matter on its calendar.

33585.2739

Case No. **19-21093-LMI**

**WHEREFORE**, Movant respectfully requests that the Court issue an Order: (i) continuing the hearing for thirty (30) days or to a date and time as reasonably soon thereafter that the Court can reschedule the matter on its calendar; and (ii) for all other just and proper relief.

/s/Shirley Palumbo
Shirley Palumbo, Esq.
Florida Bar No. 73520
City Place, 525 Okeechobee Blvd. Suite 900
West Palm Beach, FL 33401
Tel:  (561)227-2370
Fax: (954)771-9264
Email: shirley.palumbo@gmlaw.com

33585.2739

Case No. **19-21093-LMI**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of August, 2020, I electronically filed this Motion to Continue Non- Evidentiary Hearing on Nationstar Mortgage LLC d/b/a Champion Mortgage's Motion for Relief from Stay with the Clerk of Court by using the CM/ECF system, which will send a notice to the following CM/ECF participants electronically.

**Trustee**
Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027

**U.S. Trustee**
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

**Debtor Attorney**
Carolina A Lombardi
Legal Services of Greater Miami, Inc.
4343 West Flagler Street #100
Miami, FL 33134

**I HEREBY CERTIFY** the foregoing document was served by first class, postage prepaid, U.S. Mail on to the persons and/or entities at the addresses noted herein as obtained from a current Mailing matrix obtained from the court's CM/ECF system:

**Cleveland Hart**
1641 NW 155 Street
Opa Locka, FL 33054

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

/s/Shirley Palumbo
Shirley Palumbo, Esq.
Florida Bar No. 73520
City Place, 525 Okeechobee Blvd. Suite 900
West Palm Beach, FL 33401
Tel:  (561)227-2370
Fax: (954)771-9264
Email: shirley.palumbo@gmlaw.com

33585.2739