

ORDERED in the Southern District of Florida on August 5, 2020.

_____
Laurel M. Isicoff
Chief United States Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:  Case No: 19-21093-LMI
CHAPTER 13

CLEVELAND HART

Debtor(s)
_____/

### AGREED ORDER CONTINUING HEARING ON NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY'S MOTION FOR RELIEF FROM AUTOMATIC STAY

THIS MATTER having come before the court, upon the Motion for Relief from Automatic Stay [Docket No.: 43] Nationstar Mortgage LLC d/b/a Champion Mortgage Company ("Movant"). The Court noting that the parties are in agreement and being otherwise advised on the premises, it is

ORDERED AND ADJUDGED that:

1.        The Hearing on the Motion for Relief from Automatic Stay is continued to

October 6, 2020, at 9:00a.m., by Telephone via Court Solutions.

###

Submitted by:

    Shirley Palumbo, Esq.
    Florida Bar #:  73520
    Greenspoon Marder LLP
    City Place, 525 Okeechobee Blvd., Suite 900
    West Palm Beach, FL  33401
    Telephone: (954)491-1120
    Facsimile: (954)343-6982

**Attorney Shirley Palumbo, Esq. is directed to mail a conformed copy of this Order to all interested parties and to file a Certificate of Service with the clerk of the Bankruptcy Court.**